**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Delroy Burkett,<br><br>                              Plaintiff,<br><br>    -v-<br><br>Dennis Shipping, Co, Inc., and Dennis Hawthorne,<br><br>                              Defendants. | Civ. Action #: 24-CV-04942 (DEH)(GS)<br><br>**JUDGMENT** |

  A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 27, 2024; and Defendants Dennis Shipping, Co, Inc., and Dennis Hawthorne, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Delroy Burkett in the amount of $150,000.00, inclusive of all penalties, interest, costs and attorney fees;

  ORDERED and ADJUDGED that judgment is entered in favor of Delroy Burkett and against Defendants Dennis Shipping, Co, Inc., and Dennis Hawthorne, in the amount of $150,000.00, inclusive of all penalties, interest, costs and attorney fees.

**Dated: September  8  2024**
**           New York, New York**


_____
*Hon. Dale E. Ho*
*United States District Judge*